# FIRST AMENDED CHAPTER 13 PLAN

Case No.: **15-02343**

Debtor(s): **Cheryl L. Leuschner**  SS#: **xxx-xx-5844**  Net Monthly Earnings: **1,979.00**
SS#:  Number of Dependents: **0**

1. Plan Payments:
   ( **X** ) Debtor(s) propose to pay direct a total of $ **784.00**  ☐ weekly ☐ bi-weekly ☐ semi-monthly ☑ monthly into the plan; or
   (     ) Payroll deduction Order: To _____ for
   $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly.

   Length of plan is approximately **60** months, and the total amount of debt to be distributed by the Trustee is approximately $ **21,600.00** .

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| Internal Revenue Service | Taxes and certain other debts | $10,475.77 | $195.00 |

   B. Total Attorney Fee: $ **3,000.00** ; **$0.00** paid pre-petition; $ **1,568.00** to be paid at confirmation and then $ **446.00** per month until paid in full.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Select Portfolio Servicing Inc | $194,374.00 | ☐ by Trustee ☑ by Debtor $1,072.00 | July 1, 2015 | $5,291.00 | 4 | 0.00% | $98.00 |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | | |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| -NONE- | | | | |

IV. Special Provisions:
☐ This is an original plan. ☑ This is an amended plan replacing plan dated **06/12/15** . ☑ This plan proposes to pay unsecured creditors **100** %.
☑ Other Provisions: **1.) ATTORNEY FEES FOR THE DEBTOR'S ATTORNEY SHALL BE PAID WITH MONTHLY FIXED PAYMENTS PURSUANT TO ADMINISTRATIVE ORDER 11-01. 2.) DEBTOR WILL CONTINUE TO PAY PRE AND POST PETITION SERVICE DEBT WITH ALABAMA POWER IN THE ORDINARY COURSE OF BUSINESS IN LIEU OF POSTING A DEPOSIT AS ADEQUATE ASSURANCE OF FUTURE PAYMENT UNDER SECTION 366 OF THE UNITED STATES BANKRUPTCY CODE. DEBTOR ACKNOWLEDGES AND AGREES THAT THE AUTOMATIC STAY DOES NOT BAR A UTILITY COMPANY'S EFFORTS TO COLLECT PRE PETITION AND POST PETITION UTILITY SERVICE DEBT.**

Attorney for Debtor Name/Address/Telephone #   Date **July 6, 2015**   /s/ **Cheryl L. Leuschner**
**/s/ David G. Poston**                                                  **Cheryl L. Leuschner**
**David G. Poston ASB-8157-T55D**                                        Signature of Debtor
**PO Box 311167**
**Enterprise, AL 36331**
**brockstout@enter.twcbc.com**
Telephone #  **(334) 393-4357**
             **FAX: (334) 393-0026**

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on the 6th day of July 2014, I served a true and correct copy of the foregoing by immediate electronic service upon D. Sims Crawford, Chapter 13 Trustee, (ctmail@ch13bham.com). A copy of the same was served by U.S. Postal Service, postage prepaid and properly addressed upon all parties listed on the attached creditors matrix:

                                                */s/ David G. Poston*
                                                **DAVID G. POSTON**